The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL SURYAN,<br><br>Defendant. | NO. CR19-082 RAJ<br><br>ORDER GRANTING STIPULATION OF THE PARTIES REGARDING BRIEFING SCHEDULE |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED that the motion (Dkt. # 20) is granted and the briefing schedule shall be as follows:

a. The government's response to the motion should be filed on or before May 3, 2021; and

b. Any reply should then be filed on or before May 12, 2021; and

c. The matter is re-noted for May 14, 2021.

DATED this 13th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATION OF THE PARTIES
REGARDING BRIEFING SCHEDULE
*United States v. Suryan,* CR19-082 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970