The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL SURYAN<br><br>                    Defendant. | NO. CR19-082 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A).   The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the United States' Motion to Seal (Dkt. # 24) is GRANTED.  Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) shall remain under seal.

DATED this 4th day of May, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Suryan,* CR19-082 RAJ