Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SURYAN,<br><br>Defendant. | No. 2:19-cr-00082-RAJ<br><br>ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon the request of United States Probation for early termination of the supervised release of Defendant Michael Suryan. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that the request for early termination of supervised release is **DENIED**.

DATED this 25th day of July, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1